This was an action brought by the appellant against the appellee. On motion of the appellee, the bill of exceptions was stricken from the file. Upon further motion of the appellee the judgment of the lower court in favor of the defendant was affirmed.

Opinion PER CURIAM.

---

## Scott *et al. v.* The State.

APPEAL from Pike Criminal Court.

Tried before the Hon. T. L. BOROM.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellants, Roland Scott and Fannie Davis, were prosecuted and convicted for living together in a state of adultery or fornication; and from this judgment they appeal.
The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.

---

## Crooke *v.* Wells–Jones Plow Co.

APPEAL from Bessemer City Court.

Tried before the Hon. B. C. JONES.

PINKNEY SCOTT, for appellant.

PORTER & PERRY and O. W. WARD, for appellee.

This was an action of assumpsit, brought by the appellee against the appellant.